**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Attorneys: RAPHAEL DEUTSCH Company: STEIN SAKS, PLLC PH: (201) 282-6500 x114
Address: One University Plaza HACKENSACK, NJ 07601

INDEX #: 2:24-cv-08052-ES-CLW
Date Filed: 07/30/2024
Client's File No.:

---

NORBERTO VEGA, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

vs

SNEAKER ROOM INC

Plaintiff / Defendant

**AFFIRMATION OF SERVICE**

STATE OF NJ, COUNTY OF Ocean SS.:

John D'Aranes, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On 8/16/2024 at 1:50 PM
at 410 CENTRAL AVENUE, JERSEY CITY, NJ 07307, deponent served the within

SUMMONS IN A CIVIL CASE, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

on: SNEAKER ROOM INC, _____ therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X] By delivering thereat a true copy of each to Ramond Vasquez and that deponent knew the person so served to be the employee of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#5 MAIL COPY** [ ] On ___, deponent completed service under the last two sections by depositing a copy of the documents listed above to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of ___.
[ ] and by Certified Mail # ___

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: ___

**#7 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: M   Color of skin: hspanic   Color of hair: Black   Age: 30   Height: 5'6
Weight: 155   Other Features: eye glasses

**#8 WIT FEES** [ ] Subpoena Fee Tendered in the amount of ___

**#9 MILITARY SRVC** [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of ___ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military u

**#10 OTHER** [ ]

I affirm this 8/16/24 (DATE), under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

8/16/24
Please Print Name Below Signature
Job # 592161

John D'Aranes